ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| ██████████████ ) | ASBCA No. 60860 |
| ) | |
| Under Contract No. W5KA4N-11-P-0126 ) | |

APPEARANCE FOR THE APPELLANT:           Mr. ████████████
                                        General Director

APPEARANCES FOR THE GOVERNMENT:         Raymond M. Saunders, Esq.
                                          Army Chief Trial Attorney
                                        MAJ Christopher C. Cross, JA
                                          Trial Attorney

## ORDER OF DISMISSAL

By Order dated 3 November 2016, the Board requested that appellant provide a copy of the claim it had submitted to the contracting officer prior to the filing of this appeal. In response appellant indicated its desire to submit its claim to the contracting officer for decision. By Order dated 4 November 2016, the Board informed the parties that it intended to dismiss the appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party. The government provided appellant with the contact information for the cognizant contracting officer. It appears that appellant submitted a claim to the contracting officer by email dated 5 November 2016 and has now appealed from a 10 January 2017 contracting officer's final decision on its claim, which the Board has docketed as ASBCA Nos. 61004 and 61015.

Accordingly, this appeal is dismissed without prejudice to the prosecution of either ASBCA No. 61004 or ASBCA No. 61015.

Dated: 30 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60860, Appeal of ███████ ███████████, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals